1  Mary E. McPherson Esq., SBN 177194
   mmcpherson@tresslerllp.com
2  Ryan B. Luther, Esq., SBN 216928
3  rluther@tresslerllp.com
   TRESSLER LLP
4  2 Park Plaza, Suite 1050
5  Irvine, California 92614
   Telephone:  (949) 336-1200
6  Fax:           (949) 752-0645
7
8  Attorneys for Defendant Federal Insurance Company

9               UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11

12  MARIO LOPEZ, an individual; and          Case No.  2:17-cv-5435
13  COURTNEY LOPEZ, an individual,
                                             **NOTICE OF REMOVAL OF
14                                           ACTION UNDER 28 U.S.C. §§ 1332
                  Plaintiffs,                AND 1441(b) (DIVERSITY)**
15
16      v.

17  FEDERAL INSURANCE COMPANY,
18  a corporation, and DOES 1 through 100,
    inclusive,
19
20                Defendants.

21

22      **TO THE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT
23  AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24      PLEASE TAKE NOTICE that Defendant Federal Insurance Company
25  ("Federal Insurance") hereby removes to this Court the state court action described
26  below based on diversity jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441(b).
27      1.     On or about June 23, 2017, Plaintiffs Mario Lopez and Courtney Lopez
28  (collectively, "Plaintiffs") filed their Complaint in the Superior Court of the State of

1

1   California, County of Los Angeles, commencing the action styled *Lopez v. Federal*

2   *Ins. Co.,* Case No. BC 666257 (the "State Action").

3        2.     Attached as **Exhibit "A"** is a true and correct copy of the Summons and

4   Complaint filed in the State Action, along with all other documents and filings

5   served on Federal Insurance's designated agent for service of process on June 23,

6   2017.

7        3.     Attached as **Exhibit "B"** is a true and correct copy of the Notice of (1)

8   Order to Show Cause Hearing and (2) Case Management Conference served on

9   Federal Insurance's designated agent for service of process on July 10, 2017.

10        4.     As explained below, the State Action is a civil action of which this

11   Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be

12   removed to this Court by Federal Insurance pursuant to 28 U.S.C. § 1441(b), in that

13   it is a civil action between citizens of different states and the amount in controversy

14   exceeds the sum of $75,000, exclusive of interest and costs.

15   **I.**      **THIS COURT HAS ORIGINAL JURISDICTION OVER THIS**

16          **MATTER UNDER 28 U.S.C. § 1332, BASED ON DIVERSITY OF**

17          **CITIZENSHIP**

18        5.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §

19   1332(a)(1), because there is complete diversity between Plaintiff and Federal

20   Insurance, and the amount in controversy exceeds $75,000, exclusive of interest and

21   costs.

22        6.     As alleged in the Complaint, Plaintiffs are both individuals who reside

23   in the City of Glendale, County of Los Angeles, and Federal Insurance is informed

24   and believes that both Plaintiffs are citizens of the State of California.

25        7.     Federal Insurance is incorporated under the laws of Indiana with its

26   principal place of business in New Jersey.

27        8.     Plaintiffs have also named "DOES 1 through 100, inclusive," as

28   defendants to this action.  Pursuant to 28 U.S.C. §§ 1441(a), the citizenship of

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) (DIVERSITY)

1  defendants sued under fictitious names (*i.e.*, "DOES") shall be disregarded.

2        9.    Based on the foregoing, there is complete diversity between the parties

3  and this State Action may be removed to this Court pursuant to 28 U.S.C. §§ 1332

4  and 1441.

5        10.    In the Complaint, Plaintiffs seek to recover from Federal Insurance

6  compensatory damages for "substantial … physical loss … including, without

7  limitation, damage to a retaining wall and other property" at their home in Glendale,

8  California ("Residence"), which they claim to constitute "loss" for which coverage

9  is provided under Federal Masterpiece Policy No. 14477993-01 ("Policy"), issued to

10  Plaintiffs for the policy period of March 29, 2016 to March 29, 2017.

11        11.    Federal Insurance is informed and believes that the alleged loss was

12  sustained when large portion of a retaining wall at the Residence, estimated to be

13  approximately ninety feet long and twenty feet high, collapsed during a period of

14  heavy rains on or about January 12, 2017.

15        12.    On the day after the collapse, a representative of Plaintiffs' contractor,

16  MCR Construction, Inc. ("MCR"), conveyed an informal estimate to Federal that it

17  would cost $500,000 to repair the alleged damage at the Residence.

18        13.    Although the amount is not specifically alleged in the Complaint,

19  Federal is informed and believes that Plaintiffs are seeking to recover compensatory

20  damages significantly exceeding the $75,000 jurisdictional requirement, and in fact

21  incurred $39,543.79 for MCR's services in the weeks immediately following the

22  collapse for the removal of debris and the repair of a City curb, a relatively small

23  segment of the damage for which Plaintiffs are seeking coverage under the Policy.

24        14.    In addition, Plaintiffs are asserting claims against Federal for punitive

25  damages; an award of attorney fees incurred in pursuing a determination of

26  coverage; and injunctive and declaratory relief.

27  **II.    VENUE AND JURISDICTIONAL ASSIGNMENT**

28        15.    Venue for this removal lies in the United States District Court for the

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) (DIVERSITY)

1  Central District of California, Western Division, because the State Action filed by

2  Plaintiffs is now pending in this judicial district and the State Action arises in the

3  County of Los Angeles.  *See* 28 U.S.C. § 1441(a), General Order No. 16-05.

4  **III.    ALL OTHER REMOVAL PREREQUISITES HAVE BEEN SATISFIED**

5       16.    Other than "DOES 1 through 100," Federal Insurance is the only

6  defendant named in Plaintiff's Complaint filed in the State Action.

7       17.    Federal Insurance is informed and believes that since the filing of

8  Plaintiff's Complaint on June 23, 2017, no substantive proceedings have taken place

9  in this State Action.

10       18.    Pursuant to 28 U.S.C. §1446(a), Exhibits "A" and "B" comprise all

11  "process, pleadings and orders" served on Federal Insurance in the State Action.

12       19.    Written notice of the fling of this Notice of Removal will be given to

13  the adverse party as required by 28 U.S.C.  §1446(d).

14       20.    Upon electronically filing this Notice of Removal in the United States

15  District Court for the Central District of California, Western Division a copy of this

16  Notice of Removal will also be filed with the Clerk of the Superior Court of

17  California, County of Los Angeles, to effect removal of the State Action.

18       21.    The allegations of this Notice of Removal are true and correct and this

19  case is within the jurisdiction of the United States District Court for the Central

20  District of California.

21       22.    Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure,

22  Federal Insurance will file its response to the Complaint within seven days of the

23  filing of this Notice.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) (DIVERSITY)**

1    WHEREFORE, Federal Insurance respectfully requests that the State Action

2 be removed to this Court from the Superior Court of the State of California for the

3 County of Los Angeles, as if initially commenced herein.

4 Dated:  July 24, 2017                               TRESSLER LLP

5

6

7                                              By:      /s/ Ryan B. Luther

                                                      Mary E. McPherson, Esq.
8                                                     Ryan B. Luther, Esq.
9                                                     Attorney for Defendant
                                                      FEDERAL INSURANCE COMPANY
10
     OC #65954
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) (DIVERSITY)