UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.     **CV 17-5435-MWF(KSx)**                    Dated: **February 7, 2018**

Title:       Mario Lopez, et al. -*v*- Federal Insurance Company, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Cheryl Wynn                              None Present
        Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                             None Present

PROCEEDINGS (IN CHAMBERS):        ORDER TO SHOW CAUSE

In light of the Notice of Settlement filed February 6, 2018, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 12, 2018 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

      **IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk   __cw__
CIVIL - GEN
                              -1-