**BARNES & THORNBURG LLP**
David P. Schack (SBN 106288)
david.schack@btlaw.com
Matthew B. O'Hanlon (SBN 253648)
matthew.o'hanlon@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

Attorneys for Plaintiffs Mario Lopez and Courtney Lopez

**FILED**
CLERK, U.S. DISTRICT COURT

March 12, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___rs___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ, an individual; and COURTNEY LOPEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-05435-MWF-KS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (FRCP 41)** |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

**BARNES & THORNBURG LLP**

Dated: March 6, 2018

By: /s/ Matthew B. O'Hanlon
David P. Schack
david.schack@btlaw.com
Matthew B. O'Hanlon
matthew.o'hanlon@btlaw.com
Attorneys for Plaintiffs
Mario Lopez and Courtney Lopez

**TRESSLER LLP**

Dated: March 6, 2018

By: /s/ Mary E. McPherson
Mary E. McPherson
MMcPherson@tresslerllp.com
Attorneys for Defendant Federal
Insurance Company

IT IS SO ORDERED.

DATED:

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 6, 2018

By: /s/ Matthew B. O'Hanlon
Matthew B. O'Hanlon